IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 8:05CR398 |
| CHRISTIAN BARRAZA-MACIEL, | ) | **ORDER** |
| Defendant. | ) | |

IT IS ORDERED that the following is set for hearing on **April 11, 2006** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Motion to Withdraw [51] filed by the defendant.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 23rd day of March, 2005.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge