IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:05CR398 |
| CHRISTIAN BARRAZA-MACIEL, | ) ) | **ORDER** |
| Defendant. | ) ) | |

A hearing was held on April 11, 2006 on the Motion to Withdraw [51] filed by the attorney J. William Gallup. Good cause being shown, the motion is granted and a CJA panel attorney will be appointed for the defendant.

IT IS ORDERED:

1. That the Motion to Withdraw [51] is granted.

2. That **Rebecca J. Smith** is appointed as attorney of record for the above-named defendant. The Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

3. J. William Gallup shall be deemed withdrawn as attorney of record and shall forthwith provide Rebecca J. Smith with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Gallup which are material to the defendant's defense

DATED this 13th day of April, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge